# First District Court of Appeal
## State of Florida

_____

No. 1D17-5132
_____

CLIFTON D. EPHRON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Wesley R. Douglas, Judge.

May 30, 2019

PER CURIAM.

In this appeal filed pursuant to *Anders v. California*, 386 U.S. 738 (1967), we affirm the orders revoking Appellant's probation and imposing sentence. However, we remand for the entry of a corrected revocation of probation order specifying that Appellant only admitted to violating Condition 1 of his probation. *See Bussie v. State*, 263 So. 3d 229, 229 (Fla. 1st DCA 2019) (affirming the revocation of the appellant's probation and the resulting sentence in the *Anders* appeal but remanding for the trial court to enter a corrected written order specifying that the appellant only admitted to violating the conditions of probation as alleged in the affidavit of violation of probation); *Altman v. State*, 252 So. 3d 426, 426 (Fla. 1st DCA 2018) (affirming the revocation of the appellant's probation and the resulting sentence in the *Anders* appeal but

remanding for the trial court to enter a corrected written order specifying that the appellant only admitted to violating the conditions of probation as alleged in grounds I through X of the fourth amended affidavit of violation of probation); *Margolis v. State*, 148 So. 3d 532, 532 (Fla. 2d DCA 2014) (affirming the revocation of probation and sentence in the *Anders* appeal but remanding for entry of a corrected order accurately reflecting the conditions of probation the appellant admitted to violating).

AFFIRMED but REMANDED for correction.

LEWIS, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.